IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

GAYNELL C. COLBURN, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

CRESTLINE HOTELS & RESORTS, LLC,

        Defendant.

Case No. 1:18-cv-00775-CCB

## STIPULATION OF DISMISSAL

COMES NOW Plaintiff, Gaynell C. Colburn, and Defendant, Crestline Hotels & Resorts, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice; and

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules.

Respectfully submitted,

*/s/ E. David Hoskins*
E David Hoskins
The Law Offices of E David Hoskins LLC
16 E. Lombard Street
Suite 400
Baltimore, MD 21202
Phone: (410) 662-6500
davidhoskins@hoskinslaw.com

R. Bruce Carlson
Carlson Lynch Sweet Kilpela & Carpenter, LLC
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
bcarlson@carlsonlynch.com

*/s/ Minh N. Vu*
Minh N. Vu
Eric J. Janson
Seyfarth Shaw LLP
975 F St NW
Washington, DC 20004
Phone: (202) 828-5337
mvu@seyfarth.com
ejanson@seyfarth.com

*Attorneys for Defendant*

Kathleen Hyland
Hyland Law Firm, LLC
16 E Lombard Street
Suite 400
Baltimore, MD 21202
(410) 777-5396
kat@lawhyland.com

*Attorneys for Plaintiff*